AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

UNITED STATES OF AMERICA
v.
MARION ANDERSON

**Judgment in a Criminal Case**
(For Revocation of Probation or Supervised Release)

Case No. 4:10CR00076-01 BSM
USM No. 25861-009

Latrece Gray
_Defendant's Attorney_

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) General, Standard 1 and 2 of the term of supervision.
☑ was found in violation of condition(s) Standard 3, Special 14 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from unlawful use of a controlled substance | 04/11/2013 |
| Standard 1 | Failure to not leave the judicial district without permission | 04/09/2013 |
| Standard 2 | Failure to report to the probation office in a manner and frequency directed by the court or probation officer. | 04/09/2013 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2495

Defendant's Year of Birth: 1980

City and State of Defendant's Residence:
Little Rock, Arkansas

06/19/2013
Date of Imposition of Judgment

_Signature of Judge_

BRIAN S. MILLER, U. S. DISTRICT JUDGE
Name and Title of Judge

6-20-13
Date

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 20 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 1A

Judgment—Page __2__ of __4__

DEFENDANT: MARION ANDERSON
CASE NUMBER: 4:10CR00076-01 BSM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard 3 | Failure to answer truthfully all inquiries by the probation officer and follow instructions. | 04/09/2013 |
| Special 14 | Failure to participate in a substance abuse treatment program | 04/05/2013 |

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 4

DEFENDANT: MARION ANDERSON
CASE NUMBER: 4:10CR00076-01 BSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**TWELVE (12) MONTHS PLUS ONE (1) DAY WITH NO SUPERVISED RELEASE TO FOLLOW**

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant shall participate in nonresidential substance treatment during incarceration. Defendant shall serve his term of imprisonment at FCI - Forrest City, Arkansas.

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:
   ☑ at  02:00   ☐ a.m. ☑ p.m. on 06/24/2013 .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 3B — Supervised Release

Judgment—Page 4 of 4

DEFENDANT: MARION ANDERSON
CASE NUMBER: 4:10CR00076-01 BSM

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

1. All general and standard conditions previously imposed remain in full force and effect.